**KAUFF MCGUIRE & MARGOLIS LLP**
**950 Third Avenue, 14th Floor**
**New York, NY 10022**
**(212) 644-1010 (Tel)**
**(212) 644-1936 (Fax)**

*Attorneys for Defendant Goodwill*
*Industries of Greater New York and*
*Northern New Jersey, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALLY JEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GOODWILL INDUSTRIES OF GREATER NEW YORK AND NORTHERN NEW JERSEY, INC. and THE CITY OF NEW YORK,<br><br>    Defendants. | Case No. 1:20-CV-05875-MKB-RML<br><br>**<u>NOTICE OF MOTION TO WITHDRAW LISA E. DAYAN AS COUNSEL</u>** |

Kauff McGuire and Margolis LLP ("KM&M"), on behalf of Lisa E. Dayan, pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, respectfully requests that this Court order the withdrawal of Lisa E. Dayan as counsel to Defendant Goodwill Industries of Greater New York and Northern New Jersey, Inc. ("Goodwill") and no longer send her docketing notifications via the ECF system. Ms. Dayan is no longer employed by or associated with KM&M. Currently, there is a motion to dismiss filed by Defendant the City of New York ("City") pending before the Court, with Defendant Goodwill's time to answer or otherwise respond to Plaintiff's Second Amended Complaint to run from the date Defendant City's motion to dismiss is decided [*See* March 25, 2021 Minute Entry]. The undersigned counsel at KM&M will continue to represent

Defendant Goodwill in this matter. Ms. Dayan's withdrawal will not prejudice Defendant

Goodwill or delay the resolution of this matter and Ms. Dayan is not retaining or charging

a lien.

Dated:   New York, New York
        November 11, 2021

Respectfully submitted,

KAUFF McGUIRE & MARGOLIS LLP

_/s/ Michele A. Coyne_
Michele A. Coyne
Tamanna Rubya

950 Third Avenue, Fourteenth Floor
New York, NY 10022
Tel. (212) 644-1010
Fax. (212) 644-1936
coyne@kmm.com
rubya@kmm.com

*Attorneys for Defendant Goodwill
Industries of Greater New York and
Northern New Jersey, Inc.*

**SO ORDERED:**


_____
U.S.D.J.

4876-1603-7123.1